**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-00614-SKC

RAUL FLORES RODRIGUEZ,

    Petitioner,

v.

GEORGE VALDEZ,

    Defendant,

v.

JUAN BALTAZAR, Warden of the Denver Contract Detention Facility, Aurora, Colorado, in his official capacity;
ROBERT HAGAN, Field Office Director, Denver Field Office, U.S. Immigration and Customs Enforcement, in his official capacity;
KRISTI NOEM, Secretary, U.S. Department of Homeland Security, in her official capacity;
TODD LYONS;
PAMELA BONDI, Attorney General, U.S. Department of Justice, in her official capacity;

    Respondents.

---

## FINAL JUDGMENT

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Orders (ECF Nos. 15 and 17) entered by U.S. District Judge S. Kato Crews, it is

    ORDERED that Petitioner's Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. 2241 (ECF No. 1) is GRANTED.  It is

    FURTHER ORDERED that to the extent Petitioner's counsel seeks an award of

attorney's fees, he must file a separate motion for fees that complies with the Federal Rules of Civil Procedure and the Local Rules of Practice for this District. It is

FURTHER ORDERED that this case is closed.

DATED at Denver, Colorado, this 2nd day of March, 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By: s/C. Pearson, Deputy Clerk